IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3051 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL JOHN BLESSING, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The government's request for hearing pursuant to Federal Rule of Criminal Procedure 35(b) (filing 34) is granted.

(2) A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 32) has been set before the undersigned United States district judge at 12:30 p.m., Tuesday, April 18, 2006, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3) The United States Marshal is directed to return the defendant to the district for the hearing.

March 6, 2006.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge